■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AVERY PETTIGREW, Appellant. [872 NYS2d 667]—Order, Supreme Court, New York County (Carol Berkman, J.), entered on or about April 12, 2007, which adjudicated defendant a level three sex offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Clear and convincing evidence supported the court's point assessments under the risk factors of being armed with a dangerous instrument (*see People v Walker*, 15 AD3d 692 [2005]), history of drug or alcohol abuse (*see People v Gonzalez*, 48 AD3d 284 [2008], *lv denied* 10 NY3d 711 [2008]) and failure to accept responsibility (*see People v Lewis*, 37 AD3d 689 [2007], *lv denied* 8 NY3d 814 [2007]). Concur—Tom, J.P., Moskowitz, Acosta and Freedman, JJ.